IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., a Pennsylvania Corporation, | ) ) ) | C.A. No.  0 7 - 2 7 |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BLUELINX CORPORATION, a Georgia Corporation,                   Defendant. | ) ) ) | |

TO:  BlueLinx Corporation
     c/o Registered Agent
     National Corporate Research, LTD.
     615 South DuPont Hwy
     Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

   R. Karl Hill, Esquire
   Seitz, VanOgtrop & Green
   222 Delaware Avenue
   Suite 1500
   Wilmington, Delaware 19899

an answer to the complaint which is served upon you with this summons, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          1/2/07
_____                   _____
CLERK                                    DATE

_E. Strucklen_ (signature)
_____
(By) DEPUTY CLERK

57498 v1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>1/16/07 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):  SERVED: BLUELINX CORPORATION C/O NATIONAL REGISTERED CORPORATE RESEARCH AT 615 S. DUPONT HWY. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KORI STEELE

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/16/07
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.