IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., )<br>A Pennsylvania corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLUELINX CORPORATION, )<br>A Georgia corporation, )<br>)<br>Defendant. ) | C.A. No. 07-27-GMS |

## STIPULATION AND ORDER

Plaintiff Kenexa Technology, Inc. and Defendant BlueLinx Corporation, by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Defendant, to answer, move, or otherwise respond to the Complaint in this matter is extended through and including February 20, 2007.

The reasons for this extension are: (1) Defendant requires additional time to investigate the allegations of the Complaint and (2) Defendant has received no prior extensions of time within which to file its responses to the Complaint, served on Defendant on or about January 16, 2007. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

Case 1:07-cv-00027-GMS    Document 4    Filed 02/02/2007    Page 2 of 2

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ R. Karl Hill<br>R. Karl Hill (#2747)<br>222 Delaware Avenue, Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br>khill@svglaw.com | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>David E. Moore (#3983)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

775917

2