## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., <br> A Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> BLUELINX CORPORATION, <br> A Georgia corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 07-27-GMS <br> ) <br> )   **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant BlueLinx Corporation discloses that it is wholly owned by BlueLinx Holdings, Inc., which is a publicly traded company.

POTTER ANDERSON & CORROON LLP

By:  /s/ Philip A. Rovner
Donald J. Wolfe, Jr. (#285)
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolfe@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

Dated: February 20, 2007
778796 / 31137

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on February 20, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Robert Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
khill@svglaw.com

By: */s/ Philip A. Rovner*
Donald J. Wolfe, Jr.
Philip A. Rovner
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
dwolfe@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

778742