# SEITZ, VAN OGTROP & GREEN, P.A.

### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

(302) 888-0600
FAX: (302) 888-0606

Writer's Direct Dial: (302) 888-7607
Writer's E-Mail Address: kguerke@svglaw.com
www.lawyers.com/svglaw

April 10, 2007

*VIA CM/ECF & FIRST CLASS MAIL*

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

> RE: Kenexa Technology, Inc. v. BlueLinx Corporation
> United States District Court, District of Delaware
> C.A. No. 07-27

Your Honor:

I represent the Plaintiff in the above-captioned action. Yesterday I filed an "Unopposed Motion to Amend the Complaint". (D.I. 8) There was a misunderstanding of the scope of the amendment when counsel conferred prior to filing the Motion. I spoke to counsel for BlueLinx after the Motion was filed and because the proposed amended complaint is broader than BlueLinx expected, the Motion to Amend will be opposed. I apologize for the confusion.

Respectfully,

KEVIN A. GUERKE (DE #4096)

KAG/sp

cc: David E. Moore, Esq. (via CM/ECF)
R. Karl Hill, Esq. (firm)

58705 v1