IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., <br> A Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> BLUELINX CORPORATION, <br> A Georgia corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-27-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

Plaintiff Kenexa Technology, Inc. ("Plaintiff") and Defendant BlueLinx Corporation ("Defendant"), by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Defendant to respond to Plaintiff's Motion to Amend (D.I. 8) is extended through and including May 9, 2007.

This extension is sought to allow the parties additional time to confer regarding Plaintiff's Motion to Amend, as directed by the Court during the April 19, 2007 conference in this matter.

| SEITZ, VAN OGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Kevin A. Guerke<br>   R. Karl Hill (#2747)<br>   Kevin A. Guerke (#4096)<br>   222 Delaware Avenue, Suite 1500<br>   P. O. Box 68<br>   Wilmington, DE 19899<br>   (302) 888-0600<br>   khill@svglaw.com<br>   kguerke@svglaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ David E. Moore<br>   Philip A. Rovner (#3215)<br>   David E. Moore (#3983)<br>   Hercules Plaza<br>   P. O. Box 951<br>   Wilmington, Delaware 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   dmoore@potteranderson.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

790339