

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
dmoore@potteranderson.com
(302) 984-6147  Direct Phone
(302) 658-1192  Fax

May 2, 2007

<u>BY E-FILE</u>

The Honorable Gregory M. Sleet
United States District Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

> Re: <u>Kenexa Technology, Inc. v. BlueLinx Corporation</u>
>     <u>D. Del., C.A. No. 07-27-GMS</u>

Dear Judge Sleet:

     On behalf of the parties, I am enclosing a proposed Scheduling Order for Your Honor's review and approval. The proposed order incorporates the directives that Your Honor provided during the scheduling conference held on April 26, 2007.

     Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore
dmoore@potteranderson.com

DEM/mes/792909
Encl.
cc:  R. Karl Hill, Esq.– by e-file and hand delivery