IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., A Pennsylvania corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-27-GMS |
| BLUELINX CORPORATION, A Georgia corporation, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## MOTION TO TRANSFER

Defendant BlueLinx Corporation ("BlueLinx") hereby moves the Court under 28 U.S.C. § 1404(a) for an order transferring this matter to the U.S. District Court for the Northern District of Georgia [Atlanta Division]. The grounds for this motion are fully set forth in BlueLinx's opening brief in support filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, counsel for BlueLinx contacted counsel for plaintiff Kenexa Technology, Inc. ("Kenexa") regarding this motion. Kenexa will oppose the motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Donald J. Wolfe, Jr. (#285)
Philip A. Rovner (#3215)
David E. Moore (#3983)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
dwolfe@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

Dated: May 21, 2007
794888 / 31137

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 21, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

>Robert Karl Hill, Esq.
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, DE 19899
>khill@svglaw.com

>By: /s/ Philip A. Rovner
>Donald J. Wolfe, Jr.
>Philip A. Rovner
>David E. Moore
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000
>dwolfe@potteranderson.com
>provner@potteranderson.com
>dmoore@potteranderson.com

778742

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., A Pennsylvania corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 07-27-GMS |
| BLUELINX CORPORATION, A Georgia corporation, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

### ORDER

Having considered Defendant BlueLinx Corporation's Motion to Transfer this matter to the U.S. District Court for the Northern District of Georgia [Atlanta Division], IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Motion is GRANTED.

_____
United States District Judge

796725