**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., a Pennsylvania Corporation, | ) ) ) | C.A. No. 07-27 (GMS) |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| BLUELINX CORPORATION, a Georgia corporation, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND BRIEFING DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, subject to the approval of the Court, as follows:

Plaintiff's Answering Brief in response to Defendant's Motion to Transfer [D.I. No. 19] and Opening Brief in Support of Its Motion to Transfer [D.I. No. 20] shall be filed on or before June 12, 2007 and Defendant's reply brief shall be filed on or before June 22, 2007.

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ *Kevin A. Guerke* | By: /s/ *David E. Moore* |
|     R. Karl Hill (#2747) |     Philip A. Rovner (#3215) |
|     Kevin A. Guerke (#4096) |     David E. Moore (#3983) |
|     222 Delaware Avenue, Suite 1500 |     Hercules Plaza |
|     P. O. Box 68 |     P. O. Box 951 |
|     Wilmington, DE 19899 |     Wilmington, Delaware 19899 |
|     (302) 888-0600 |     (302) 984-6000 |
|     khill@svglaw.com |     provner@potteranderson.com |
|     kguerke@svglaw.com |     dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

59475 v1