# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., a Pennsylvania Corporation, | ) ) ) | C.A. No. 07-27 (GMS) |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BLUELINX CORPORATION, a Georgia corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND BRIEFING DEADLINES

WHEREAS Defendant's filed a Motion to Transfer [D.I. No. 19] and Opening Brief in Support of Its Motion to Transfer [D.I. No. 20] on May 21, 2007;

WHEREAS the parties' counsel require more time to consider the arguments raised in the pending motion and to work around scheduling conflicts in other pending matters;

WHEREAS Plaintiff has received no other extensions of time and this extension should not disrupt the schedule in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, subject to the approval of the Court, as follows:

Plaintiff's Answering Brief in response to Defendant's Motion to Transfer and Opening Brief in Support of Its Motion to Transfer shall be filed on or before June 12, 2007 and Defendant's Reply Brief shall be filed on or before June 22, 2007.

59475 v2

| SEITZ, VAN OGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Kevin A. Guerke* | By: /s/ *David E. Moore* |
|     R. Karl Hill (#2747) |     Philip A. Rovner (#3215) |
|     Kevin A. Guerke (#4096) |     David E. Moore (#3983) |
|     222 Delaware Avenue, Suite 1500 |     Hercules Plaza |
|     P. O. Box 68 |     P. O. Box 951 |
|     Wilmington, DE  19899 |     Wilmington, Delaware 19899 |
|     (302) 888-0600 |     (302) 984-6000 |
|     khill@svglaw.com |     provner@potteranderson.com |
|     kguerke@svglaw.com |     dmoore@potteranderson.com |

*Attorneys for Plaintiff*      *Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge