IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., <br> A Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> BLUELINX CORPORATION, <br> A Georgia corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-27-GMS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant BlueLinx Corporation ("BlueLinx"), hereby certifies that copies of the following documents were caused to be served on June 6, 2007, upon the following attorneys of record at the following addresses as indicated:

BLUELINX CORPORATION'S INITIAL DISCLOSURES

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Robert Karl Hill, Esq.
Kevin A. Guerke, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
khill@svglaw.com
kguerke@svglaw.com

2

                    POTTER ANDERSON & CORROON LLP


By:  */s/ David E. Moore*
      Donald J. Wolfe, Jr. (#285)
      Philip A. Rovner (#3215)
      David E. Moore (#3983)
      Hercules Plaza
      P. O. Box 951
      Wilmington, Delaware 19899
      (302) 984-6000
      dwolfe@potteranderson.com
      provner@potteranderson.com
      dmoore@potteranderson.com

Dated: June 6, 2007            *Attorneys for Defendant*
799796 / 31137

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 6, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

>Robert Karl Hill, Esq.
>Kevin A. Guerke, Esq.
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, DE 19899
>khill@svglaw.com
>kguerke@svglaw.com

>By: /s/ David E. Moore
>Donald J. Wolfe, Jr.
>Philip A. Rovner
>David E. Moore
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000
>dwolfe@potteranderson.com
>provner@potteranderson.com
>dmoore@potteranderson.com

778742