**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., a Pennsylvania Corporation, | ) ) C.A. No. 07-27 (GMS) ) |
| Plaintiff, | ) JURY TRIAL DEMANDED ) |
| v. | ) ) |
| BLUELINX CORPORATION, a Georgia corporation, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, R. Karl Hill, Esq., do hereby certify that on this 6th day of June, 2007, I served copies of KENEXA TECHNOLOGY'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) by hand delivery to the following counsel:

Donald J. Wolfe, Jr.
Philip A. Rovner
David E. Moore
Potter, Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
dwolfe@potteranderson.com
provner@potteranderson.com
dmoore@potteranderson.com

        **SEITZ, VAN OGTROP & GREEN, P.A**

        /s/ R. Karl Hill
        **R. KARL HILL, ESQ. (DE2747)**
        **KEVIN A. GUERKE, ESQ. (DE4096)**
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE 19899
        (302) 888-0600
            Attorneys for Plaintiff

59619v1