

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 3, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

> Re:  **Kenexa Technology, Inc. v. BlueLinx Corporation**
>      **D. Del., C.A. No. 07-27-GMS**

Dear Chief Judge Sleet:

      I am writing to confirm counsels' July 2, 2007 conversation with chambers, during which counsel informed the Court that a settlement in principle has been reached and that once it is signed, a stipulation of dismissal will be filed. In light of this development, defendant BlueLinx Corporation respectfully requests that decision on its Motion to Transfer (D.I. 19) be deferred.

      Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

/s/ *David E. Moore*

David E. Moore

DEM/nmt/805119 / 31137
cc: Clerk of the Court (via hand delivery)
    Counsel of Record (via electronic mail)