**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., a Pennsylvania corporation, | ) ) ) | C.A. No. 07-27 (GMS) |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BLUELINX CORPORATION, a Georgia corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and AGREED by and among Plaintiff Kenexa Technology, Inc. and Defendant BlueLinx Corporation, through their undersigned counsel, that this action be dismissed with prejudice, each party to bear its own attorney's fees and costs.

| **SEITZ, VAN OGTROP & GREEN, P.A** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ R. Karl Hill* | */s/ David E. Moore* |
| **R. KARL HILL, ESQ. (DE#2747)** | **PHILLIP A. ROVNER, ESQ. (DE#3215 )** |
| **KEVIN A. GUERKE, ESQ. (DE#4096)** | **DAVID E. MOORE, ESQ. (DE#3983)** |
| 222 Delaware Avenue | 1313 North Market Street, |
| Suite 1500 | Hercules Plaza 6th Flr. |
| P. O. Box 68 | P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0951 |
| (302) 888-0600 | (302) 984-6000 |
| khill@svglaw.com | dmoore@potteranderson.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Judge

60046v1